## WALKER vs. HOLMES & LAUNITZ.

*The attorney for a non-resident plaintiff may become surety for his client, on a motion by the defendant that the plaintiff file security for costs.*

THE plaintiff being a non-resident, the defendants obtained an order that he file security for costs.   2 *R. S.* 620, *tit.* 2,   The plaintiff's *attorney* became surety by executing the proper bond, and justifying pursuant to the statute. The defendants now moved for judgment of *non-pros*, on the ground that an *attorney* cannot become such surety, and likened it to the case of *special bail.*

*W. W. Frothingham,* for the defendants.

*C. McVean,* for the plaintiff.

*By the Court,* BRONSON, J.   The practice on requiring security for costs has been regulated by statute, and it is enough that the plaintiff has complied with the statute by executing a bond with a sufficient surety, and the surety has justified.   *See Barnett* v. *Pardow,* 10 *Wendell,* 615.

Motion denied.